FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC.** a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record was due on February 28, 2022. However, the court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **March 18, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court